■ In the Matter of WARREN RINEHART et al., Respondents, v FRANK A. NIEMAN et al., as Assessors of the Town of Trenton, Appellants.—Order unanimously affirmed, with costs. Same memorandum as *Matter of Des Jardins v Nieman* (63 AD2d 839). (Appeal from order of Oneida Supreme Court—motion to dismiss.) Present—Moule, J. P., Cardamone, Simons, Dillon and Denman, JJ. [91 Misc 2d 26.]